IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL WAYNE WILLIAMS, ADC #93995**          **PETITIONER**

v.          **CASE NO.: 5:12CV00161 BSM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**          **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects. Accordingly, Michael Wayne Williams's petition for writ of habeas corpus [Doc. No. 2] is dismissed without prejudice, and all pending motions are denied as moot.

When entering a final order adverse to a habeas corpus petitioner, a district court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because Williams has failed to make such a showing, a certificate of appealability is denied.

IT IS SO ORDERED this 24th day of May 2012.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE