# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL WAYNE WILLIAMS, ADC #93995**            **PETITIONER**

**v.**            **CASE NO.: 5:12CV00161 BSM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**            **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied.

Dated this 24th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE